**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-21467-KMM**

GOVERNMENT EMPLOYEES
INSURANCE COMPANY et al.,

      Plaintiffs,

 v.

CARLOS A. BLANCO, M.D., et al.,

      Defendants.

_____

**PLAINTIFFS' NOTICE OF FILING**
**AFFIDAVITS OF SERVICE**

     Plaintiffs, GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY

CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO.

(collectively, "GEICO"), hereby give notice of filing the attached Affidavits of Service on the

following Defendants:

- Zaide Laurido, APRN

- Best Community Care Inc f/k/a Ana Best Care Inc

- Simple Therapy Group, Inc.

- Juan C. Cordovi

- Raul Emilio Sobredo Marin

Dated: April 3, 2026

Respectfully submitted,

/s/ *Kristen Wenger*
Max Gershenoff (FBN 1038855)
John P. Marino (FBN 814539)
Kristen L. Wenger (FBN 92136)
Lindsay R. Trowell (FBN 78783)
Rivkin Radler, LLP
1301 Riverplace Blvd., 10th Floor
Jacksonville, FL 32207
Phone: (904) 791-8948
Facsimile: (904) 598-3461
Max.Gershenoff@rivkin.com
John.Marino@rivkin.com
Kristen.Wenger@rivkin.com
Lindsey.Trowell@rivkin.com

*Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I certify that on April 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice and a copy of this document to the counsel of record in this case.

/s/ *Kristen Wenger*
Attorney