# VERIFIED RETURN OF SERVICE

Job # J264457

**Client Info:**

Rivkin Radler
1301 Riverplace Boulevard 10th Floor
Jacksonville, FL  32207

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>GOVERNEMENT EMPLOYEES INSURANCE CO.; ET AL.<br>  -versus-<br>**DEFENDANT:**<br>CARLOS A. BLANCO, M.D.; ET AL. | USDC FOR THE SOUTHERN DISTRICT OF FLORIDA<br><br>Court Case # **1:26-cv-21467-KMM** |

**Service Info:**

**Received by David Sueiro Morell: on March, 12th 2026** at **11:42 AM**
**Service:** I Served **ZAIDE LAURIDO**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT PACKAGE**
by leaving with **Carmen Rodriguez, MOTHER / CO-RESIDENT**

**At Residence 5371 NW 174TH DR. MIAMI GARDENS, FL 33055**
Latitude: **25.932038**,   Longitude: **-80.288700**

On **3/14/2026** at **06:27 PM**
**Manner of Service: SUBSTITUTE SERVICE:**
FS 48.031(1)a SERVICE UPON ANY CO-RESIDENT RESIDING THEREIN 15 YEARS OF AGE OR ABOVE, AND THE PROCESS BEING EXPLAINED TO THE PERSON WHO ACCEPTED SAID PROCESS.

**Served Description:  (Approx)**

Age: **70**, Sex: **Female**, Race: **Hispanic**, Height: **5' 3"**, Weight: **145**, Hair: **Brown** Glasses:  **Yes**

I **David Sueiro Morell** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

<br>

![signature]

**David Sueiro Morell**
Lic # **10149**

**Accurate Serve of Jacksonville**
4446 Hendricks Avenue, Suite 207
Jacksonville, FL 32207

Client # J264457
Ref # MIA30155




1 of 1

UNITED STATES DSM 3/14/2026
DATE: 3/14/2026 TIME: 06:27 PM

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Florida

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO. <br><br> *Plaintiff(s)* <br><br> v. <br><br> CARLOS A. BLANCO, M.D., et al. <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:26-cv-21467-KMM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Zaide Laurido
5371 NW 174th Drive
Miami Gardens, Florida 33055

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Max Gershenoff, Esq.
RIVKIN RADLER LLP
1301 Riverplace Blvd., 10th Floor
Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Mar 5, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court