# VERIFIED RETURN OF SERVICE

Job # J264456

### Client Info:

Rivkin Radler
1301 Riverplace Boulevard 10th Floor
Jacksonville, FL  32207

### Case Info:

| | |
|---|---|
| **PLAINTIFF:**<br>GOVERNEMENT EMPLOYEES INSURANCE CO.; ET AL.<br>  -versus-<br>**DEFENDANT:**<br>CARLOS A. BLANCO, M.D.; ET AL. | USDC FOR THE SOUTHERN DISTRICT OF FLORIDA<br><br>Court Case # **1:26-cv-21467-KMM** |

### Service Info:

**Received by David Sueiro Morell: on March, 12th 2026 at 11:45 AM**
**Service:** I Served **SIMPLE THERAPY GROUP, INC. C/O REGISTERED AGENT: RAUL EMILIO SOBREDO MARIN**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT PACKAGE**
by leaving with **Jose Zulueta, AUTHORIZED TO ACCEPT FOR R.A. COMPANY**

**At Business 15485 EAGLE NEST LANE, SUITE 200 MIAMI LAKES, FL 33014**
Latitude: **25.913877**,   Longitude: **-80.306192**

On **3/19/2026** at **04:08 PM**
**Manner of Service: CORPORATE 10-12 NOT R/A**
SERVICE WAS ATTEMPTED UPON CORPORATE REGISTERED AGENT BETWEEN 10 AM AND 12PM OR 2PM AND 4 PM AT THE
REGISTERED AGENT'S ADDRESS. REGISTERED AGENT WAS NOT AVAILABLE; ALL CORPORATE OFFICERS WERE ATTEMPTED AT
THE CORPORATE ADDRESS AND NONE WERE AVAILABLE FOR SERVICE; IN THE ABSENCE OF ALL THE ABOVE THE ABOVE LISTED
EMPLOYEE WAS SERVED PURSUANT TO F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3).

### Served Description:  (Approx)

Age: **45**, Sex: **Male**, Race: **Hispanic**, Height: **5' 8"**, Weight: **170**, Hair: **Black** Glasses:  **No**

I **David Sueiro Morell** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction
wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the
foregoing document and that the facts stated in it are true.

**David Sueiro Morell**
Lic # **10149**

**Accurate Serve of Jacksonville**
4446 Hendricks Avenue, Suite 207
Jacksonville, FL 32207

Client # J264456
Ref # MIA30156




1 of 1

UNITED STATES DSM ID/V/0/V/2026
**DATE: 3/19/2026 TIME: 04:08 PM**
**MILITARY: NA**
**MARITAL STATUS: NA**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO. <br><br> *Plaintiff(s)* <br><br> v. <br><br> CARLOS A. BLANCO, M.D., et al. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. **1:26-cv-21467-KMM** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Simple Therapy Group, Inc.
Registered Agent: Raul Emilio Sobredo Marin
15485 Eagle Nest Lane, Suite 200
Miami Lakes, Florida 33014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Max Gershenoff, Esq.
RIVKIN RADLER LLP
1301 Riverplace Blvd., 10th Floor
Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Mar 5, 2026 _____

Angela E. Noble
Clerk of Court

*s/ K. Rivers* _____
Deputy Clerk
U.S. District Courts