# VERIFIED RETURN OF SERVICE

Job # J264453

### Client Info:

Rivkin Radler
1301 Riverplace Boulevard 10th Floor
Jacksonville, FL  32207

### Case Info:

| | |
|---|---|
| **PLAINTIFF:**<br>GOVERNEMENT EMPLOYEES INSURANCE CO.; ET AL.<br> -versus-<br>**DEFENDANT:**<br>CARLOS A. BLANCO, M.D.; ET AL. | USDC FOR THE SOUTHERN DISTRICT OF FLORIDA<br><br>Court Case # **1:26-cv-21467-KMM** |

### Service Info:

**Received by Stefanie Neuman: on March, 12th 2026** at **11:00 AM**
**Service:** I Served **JUAN C. CORDOVI**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT PACKAGE**
by leaving with **Elizabeth Cordovi, DAUGHTER / CO-RESIDENT**

**At Residence 14514 SCOTTBURGH GLEN DR WIMAUMA, FL 33598**
Latitude: **27.763049**,   Longitude: **-82.31959**

On **3/27/2026** at **02:58 PM**
**Manner of Service: SUBSTITUTE SERVICE:**
FS 48.031(1)a SERVICE UPON ANY CO-RESIDENT RESIDING THEREIN 15 YEARS OF AGE OR ABOVE, AND THE PROCESS BEING
EXPLAINED TO THE PERSON WHO ACCEPTED SAID PROCESS.

### Served Description:  (Approx)

Age: **18**, Sex: **Female**, Race: **Hispanic**, Height: **5' 6"**, Weight: **160**, Hair: **Brown** Glasses:  **Yes**

### Service Comments:

Honda HRV sport license plate DU36me.

I **Stefanie Neuman** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction
wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the
foregoing document and that the facts stated in it are true.



_____
**Stefanie Neuman**
Lic # **CPS # 16-806422**

**Accurate Serve of Jacksonville**
4446 Hendricks Avenue, #207
Jacksonville, FL 32207

Client # J264453
Ref # 86232

 

1 of 1

INITIAL: SSD # CBS # 1408642026
DATE: 3/27/2026 TIME: 02:58 PM

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

<table>
<tr><td>

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY
CO.

*Plaintiff(s)*

v.

CARLOS A. BLANCO, M.D., et al.

*Defendant(s)*
</td>
<td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td>
<td>

Civil Action No.  1:26-cv-21467-KMM
</td>
</tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Juan C. Cordovi
14514 Scottburgh Glen Drive
Wimauma, Florida 33598

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Max Gershenoff, Esq.
RIVKIN RADLER LLP
1301 Riverplace Blvd., 10th Floor
Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Mar 5, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court