UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO..: 1:26-CV-21467-KMM

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY
CO., GEICO GENERAL INSURANCE
COMPANY AND GEICO CASUALTY
CO.,

      Plaintiffs,

v.

CARLOS A. BLANCO, M.D., MENAR
WAHOOD, D.O., BEST COMMUNITY
CARE INC F/K/A/ ANA BEST CARE INC,
ZAIDE LAURIDO, A.P.R.N., SIMPLE
THERAPY GROUP, INC., JUAN C.
CORDOVI, AND RAUL EMILIO
SOBREDO MARIN,

      Defendants.

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned law firm hereby appears as counsel for

the following parties in the above-styled action:

- **Carlos A. Blanco, M.D.**

- **Menar Whood, D.O.**

- **Zaide Laurido, A.P.R.N.**

- **Best Community Care Inc f/k/a Ana Best Care Inc**

- **Simple Therapy Group, Inc**

- **Raul Emilio Sobredo Marin**

Dated: April 8, 2026

Respectfully submitted,

/s/ Abraham Ovadia____
Abraham Ovadia, Esq. (FBN 70189)
Chris Kasper, Esq. (FBN 66382)
Ovadia Law Group, P.A.
4800 N Federal Hwy , Suite D204
Boca Raton, FL 33431
(t) 800.674.9396
service@wesetthestandards.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice and copy of this document to the counsel of record in this case.

/s/Abraham Ovadia_____
ABRAHAM OVADIA, ESQ.